**FILED**
**APR - 4 2007**
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07-CR-69-WKW |
| ) | [8 U.S.C. § 1326(a); |
| ) | 8 U.S.C. § 1326(b)(2)] |
| JOSE GUSTAVO GODOY ) | |
| a/k/a GUSTAVO GODOY-BARONA ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

On or about the 28th day of February, 2007, in Montgomery County, Alabama, in the Middle District of Alabama,

**JOSE GUSTAVO GODOY,**

defendant herein, being an alien, did knowingly re-enter and was found in the United States after having been deported and whose removal was subsequent to a conviction for commission of an aggravated felony, to wit: Selling/Transporting a Controlled Substance in Los Angeles, California, without obtaining the permission of the Secretary of Homeland Security or the Attorney General of the United States, in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(2).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
J.B. Perrine
Assistant United States Attorney