AO 245B  (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT: JOSE GUSTAVO GODOY
CASE NUMBER: 2:07cr69-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

28 Months

☐ The court makes the following recommendations to the Bureau of Prisons:

**RETURNED AND FILED**

NOV 20 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

Delivered on
10/22/07
USP

## RETURN

I have executed this judgment as follows:

Defendant delivered on __11-07-07__ to __CCA__
at __McRAE__, with a certified copy of this judgment.

McA Bus LT

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL